August 28, 1981.

435 A.2d 928

Atkinson v. Elliott, et al., Appellants.

Argued May 27, 1981. Leonard J. Bucki, for appellants; Richard D. Link, for appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

Order affirmed.

435 A.2d 928

Commonwealth v. Banner, Appellant.

Argued January 12, 1981. Henry A. Hudson, Jr., for appellant; Patrick A. Merlino, Assistant District Attorney, and Timothy H. Geary, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

Order affirmed.